UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDREW U. D. STRAW,<br>  Plaintiff,<br><br>v.<br><br>CITY OF SOUTH BEND, AND<br>PETE BUTTIGIEG, MAYOR<br>OF SOUTH BEND,<br>Defendants. | Case No.: 3:16-CV-342 |

NOTICE OF SETTLEMENT

Pursuant to this Court's Order dated January 9, 2017, Defendants' answer or other pleading responsive to Mr. Straw's amended complaint is due for filing on January 26, 2017 [DE 84].

The parties now inform the court that they have reached settlement and resolution of this case as well as a related case pending in the Superior Court of St. Joseph County, Indiana. Accordingly, Defendants will not be submitting an answer or other responsive pleading to Plaintiff's amended complaint. The parties hope to conclude execution of all documents related to their settlement within 30 days.

It is requested that further proceedings in this case be stayed without prejudice to plaintiff and/or defendants to permit the parties to prepare and execute all appropriate settlement documents including a dismissal of this cause of action.

        s/*Aladean M. DeRose*  
Aladean M. DeRose Atty. No. 4495-71  
City Attorney  
1200 County-City Building  
227 W. Jefferson Blvd.  
South Bend et al, Indiana  46601  
574-235-9241  

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF Filing System which sent notification of such filing to Andrew U.D. Straw, pro se, whose official mailing address is 1900 E. Golf Road, Suite 950 A, Schaumburg, IL  60173.

       s/*Aladean M. DeRose*  
       Aladean M. DeRose